UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

| | | |
|---|---|---|
| CAROLINE FRANCINE BORDEAUX, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| FRESENIUS MEDICAL CARE HOLDINGS, | ) | No. 5:13-cv-00070-D |
| INC.; FRESENIUS MEDICAL CARE | ) | |
| HOLDINGS, INC. d/b/a FRESENIUS | ) | |
| MEDICAL CARE NORTH AMERICA; | ) | |
| FRESENIUS USA, INC.; FRESENIUS USA | ) | |
| MANUFACTURING, INC.; FRESENIUS | ) | |
| USA MARKETING, INC., FRESENIUS | ) | |
| USA SALES, INC.; FRESENIUS MEDICAL | ) | |
| CARE AG & CO. KGAA; FRESENIUS | ) | |
| MEDICAL CARE MANAGEMENT, AG; | ) | |
| FRESENIUS SE & CO. KGAA; and | ) | |
| FRESENIUS MANAGEMENT, AG, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

## ORDER GRANTING
## JOINT MOTION TO STAY PROCEEDINGS

This matter is before the Court on the Joint Motion to Stay Proceedings filed

by Plaintiffs Kendall Carter, individually, and on behalf of the Estate of Lucy Janet

Carter and Defendants Fresenius Medical Care Holdings, Inc.; Fresenius

Medical Care Holdings, Inc. d/b/a Fresenius Medical Care North America;

Fresenius USA, Inc.; Fresenius USA Manufacturing, Inc.; Fresenius USA

Marketing, Inc.; and Fresenius USA Sales, Inc. Good cause having been shown, the joint motion is GRANTED.

SO ORDERED. This **27** day of March 2013.

*/s/ James C. Dever*
JAMES C. DEVER III
Chief United States District Judge